# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: September 22, 2023

```
* * * * * * * * * * * * * * * * * * * * * * * *
ADEL CYNOLTER,                      *      No. 21-2008V
                                    *
            Petitioner,             *      Special Master Sanders
v.                                  *
                                    *
SECRETARY OF HEALTH                 *
AND HUMAN SERVICES,                 *
                                    *
            Respondent.             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

*Bryn E. Hazelwonder*, Whitfield & Eddy, PLC, Des Moines, IA for Petitioner.
*Mary E. Holmes*, United States Department of Justice, Washington, DC, for Respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

The petition in this matter was filed on October 12, 2021, by Beata Nasca on behalf of A.C., a minor. ECF No. 1. Ms. Nasca alleged that the meningococcal ("MCV4P") vaccine that A.C. received on August 8, 2019, caused her to develop anaphylaxis and its mucosal manifestation as Lipshütz ulcer and Lyme meningitis. *Id.* at 1. On April 5, 2023, after reaching majority status, Adel Cynolter ("Petitioner") filed an amended petition in her own name. ECF No. 34.

On September 5, 2023, the parties filed a Joint Stipulation of Dismissal which stated, "The parties hereby stipulate, pursuant to Vaccine Rule 21(a), that this action shall be dismissed."[2] ECF No. 40. Therefore, the parties' request to dismiss this action is granted.

Accordingly, this Order hereby notifies the Clerk of Court that proceedings "on the merits"

---

[1] Although this Order has been formally designated "unpublished," it will nevertheless be posted on the Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). **This means the Order will be available to anyone with access to the internet.** However, the parties may object to the Order's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Order will be available to the public. *Id.*

[2] Vaccine Rule 21(a) states that "Petitioner may dismiss the petition without order of the special master or the court by filing: (a) a notice of dismissal at any time before service of respondent's report; or (b) a stipulation of dismissal signed by all parties who have appeared in the action." Vaccine Rule 21(a)(1).

Case 1:21-vv-02008-UNJ   Document 42   Filed 10/11/23   Page 2 of 2

2

of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.

**IT IS SO ORDERED.**

<u>**s/ Herbrina D. Sanders**</u>
Herbrina D. Sanders
Special Master